UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LOMAKO,<br><br>    Plaintiff,<br><br>v.<br><br>NORTH AMERICAN ASSET SERVICES, LLC dba FRONTIER FINANCIAL GROUP,<br><br>    Defendant | Case No.: 2:11-cv-09999-RGK-AJW<br><br>**OFFER OF JUDGMENT ENTERED BY CLERK** |

    Plaintiff, Justin Lomako("Plaintiff"), has filed his Acceptance of Defendant's, North American Asset Services, LLC dba Frontier Financial Group ("Defendant"), Rule 68 offer of judgment. Document No. 14. Consistent with Plaintiff's acceptance of Defendant's offer of judgment, the Deputy Clerk hereby enters judgment in favor of Plaintiff, and against Defendant, in the amount of $1,001.00, plus reasonable attorneys' fees and costs incurred in this action.

Dated: 03/14/2012

                                        *Sharon Hall-Brown*
                                      S. Hall-Brown, Deputy Clerk